Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-12-00384-CV

**IN THE INTEREST OF J.M.V.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-01861
Honorable Charles E. Montemayor, Judge Presiding[1]

PER CURIAM

Sitting:　　　Karen Angelini, Justice
　　　　　　　Steven C. Hilbig, Justice
　　　　　　　Marialyn Barnard, Justice

Delivered and Filed:　October 31, 2012

AFFIRMED

Appellant appeals the trial court's order terminating his parental rights to J.M.V. Appellant's court-appointed attorney has filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. Counsel concludes that the appeal is without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04–03–00096–CV, 2003 WL 21157944, at * 4 (Tex. App.—San Antonio 2003, order) (applying *Anders* procedure in appeal from termination of parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio 2003, no pet.). Counsel

---

[1] The Honorable Peter Sakai is the presiding judge of the 225th Judicial District Court of Bexar County, Texas. The order of termination was signed by Associate Judge Charles E. Montemayor.

provided appellant with a copy of the brief. Appellant was informed of his right to review the record and advised of his right to file a pro se brief. Appellant has not filed a brief.

After reviewing the record and counsel's brief, we agree that the appeal is frivolous and without merit. The Order of Termination signed by the trial court is affirmed. We grant counsel's motion to withdraw. *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n. 1 (Tex. App.—San Antonio 1996, no pet.).

PER CURIAM